IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Case No. 09-cv-02456-LTB-MEH

CHRISTOPHER ROWAN,

    Plaintiff,

v.

MOUNTAIN STEEL & SUPPLY COMPANY,

    Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Voluntary Dismissal of All Claims With Prejudice (Doc 22 - filed October 8, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   October 12, 2010